# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

RICHARD GRISSOM,

        Plaintiff-Appellant

v.

JORDAN BELL, et al.,

        Defendant-Appellee

Case No. 25-3060

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_Defendants/Appellees Jordan Bell, Daniel Schnurr and Joel Hrabe_
[Party or Parties][1]

_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Matthew L. Shoger
Name of Counsel

/s/ Matthew L. Shoger
Signature of Counsel

120 SW 10th Avenue, 2nd Floor, Topeka, Kansas 66612   785-296-2215
Mailing Address and Telephone Number

matt.shoger@ag.ks.gov
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

April 8, 2025
Date

*/s/ Matthew L. Shoger*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒ On April 8, 2025 I sent a copy of this Entry of Appearance Form to:
                                                [date]

Richard Grissom #33728

at El Dorado Correctional Facility, P.O. Box 311 El Dorado, KS 67042,

the last known address/email address, by first-class mail, postage prepaid.
                                                       [state method of service]

April 8, 2025
Date

/s/ Matthew L. Shoger
Signature