June 3, 2025

RE: Grissom v. Bell, et al.,
5:23-CV-03260

Dear Mr. Wolpart Court Clerk:

Please be advised that I attempted to submit a Motion to Withdraw Notice of Appeal to the District Court for the following reasons:

1. My Jailhouse lawyer responsible for my previous motions and construction of all my writs has been transferred to a different facility.

2. I don't possess the necessary legal knowledge, experience and legal expertise necessary to competently argue the issues effectively.

Therefore, Plantiff, Richard Grissom, pro se respectfully requests that his Notice of Appeal be withdrawn.

Respectfully,

R. Grissom

Richard Grissom #33728
EDCF P.O. Box 311
El Dorado, KS 67042

Richard Grissom #33728
EDCF, P.O. Box 311
El Dorado, KS 67042

Scanned by
US Marshal

WICHITA KS 670
5 JUN 2025 PM 2 L

Christopher Wolpert - Clerk of Court
United States Court of Appeals
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

80257-