UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 10, 2025

Mr. Richard Grissom
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042
#33728


Ms. Skyler O'Hara
United States District Court for the District of Kansas
Office of the Clerk
444 Southeast Quincy
U.S. Courthouse
Room 490
Topeka, KS 66683-0000

Mr. Matthew Shoger
Office of the Attorney General for the State of Kansas
Defensive Litigation Unit
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612

**RE:**     25-3060, Grissom v. Bell, et al
               Dist/Ag docket: 5:23-CV-03260-HLT-ADM

Dear Appellant, Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


CMW/at