FILED  
United States Court of Appeals  
Tenth Circuit  

June 10, 2025  

Christopher M. Wolpert  
Clerk of Court  

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

RICHARD GRISSOM,

    Plaintiff - Appellant,

v.

JORDAN BELL; DANIEL SCHNURR; JOEL HRABE; (FNU) (LNU); SHANNON MEYER,

    Defendants - Appellees.

No. 25-3060  
(D.C. No. 5:23-CV-03260-HLT-ADM)  
(D. Kan.)

---

**ORDER**

---

This matter is before the court on Appellant's *Motion to Withdraw Notice of Appeal* construed as a *Motion to Voluntarily Dismiss*. Upon consideration and as construed, the motion is granted. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk