UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

June 10, 2025

Mr. Richard Grissom
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042
#33728

**RE:    25-3060, Grissom v. Bell, et al**
Dist/Ag docket: 5:23-CV-03260-HLT-ADM

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:    Matthew Shoger


CMW/at